AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Chatigny, Robert N | 2. Court or Organization<br><br>U.S. District of Connecticut | 3. Date of Report<br><br>06/9/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Secretary and Director | ███ U.S.A., Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 13 A 10: 40
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tumble Brook Country Club | Partial reduction/annual fees | $ 5,925 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Acct. | A | Interest | J | T | | | | | |
| 2. ▮▮▮▮ U.S.A., Inc. Shares | | None | K | W | | | | | |
| 3. ▮▮▮▮▮▮ | | None | J | W | | | | | |
| 4. Vanguard Windsor II Fund SEP IRA | A | Dividend | J | T | | | | | |
| 5. Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund IRA | A | Dividend | J | T | | | | | |
| 7. Vanguard International Growth Fund IRA | A | Dividend | J | T | | | | | |
| 8. IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9. Bernstein Intermediate Duration Portfolios | D | Dividend | N | T | Buy | Var | K | | 1/31, 2/8, 3/26, 5/24 |
| 10. Stock - Chubb Corp. | A | Dividend | | | Sell | 2/28 | J | A | |
| 11. Stock - American Electric Power Co. Inc. | A | Dividend | J | T | Buy | 6/25 | J | | |
| 12. Bernstein International Value Portfolio II | B | Dividend | M | T | Buy | 12/11 | K | | |
| 13. Bank of America Corp. | A | Dividend | J | T | Pt. Sale | Var | J | A | 7/16, 8/23, 12/10 |
| 14. Bernstein Diversified Municipal Portfolio | B | Dividend | L | T | Pt Sale | Var. | K | B | 1/8,12,7/6,18,10/3,16,3/15 |
| 15. Stock - FNMA | A | Dividend | J | T | | | | | |
| 16. Bernstein Custodian Cash | A | Interest | K | T | | | | | |
| 17. Bernstein International Value Portfolio | A | Dividend | M | T | Pt. Sale | 1/31 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Horse - 15% Ownership | | None | J | W | | | | | |
| 19. Bernstein Tax Manages International Value Portfolio | A | Dividend | K | T | | | | | |
| 20. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | K | T | Buy | Var. | J | | 1/29,9/25,10&11/23,12/24 |
| 21. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | J | T | Pt. Sale | Var. | J | A | 1/12, 7/18, 10/16 |
| 22. Wisconsin Energy Corp. | A | Dividend | J | T | Pt. Sale | 5/11 | J | A | |
| 23. Occidental Petroleum | | None | | | Sell | 1/11 | J | B | |
| 24. Wisconsin Energey | A | Dividend | | | Sell | Var. | J | A | 5/9, 6/28 |
| 25. Tech Data Corp. | | None | J | T | Pt. Sale | 1/12 | J | A | |
| 26. Bernstein Tax Managed International Portfolio | A | Dividend | L | T | | | | | |
| 27. Bank of America Checking Acct | | None | J | T | | | | | |
| 28. Stock - Conoco Phillips | A | Dividend | J | T | Buy | Var. | J | | 1/8,7/31,9/24&28,10/24 |
| 29. Stock - Conoco Phillips | A | Dividend | J | T | Pt. Sale | 6/25 | J | A | |
| 30. Simsbury Bank - Checking Account | A | Interest | J | T | | | | | |
| 31. Stock - National City Corp. | A | Dividend | | | Buy | Var. | J | | 4/9, 4/27 |
| 32. Stock - Solectron Corp. | | None | | | Sell | 10/5 | J | A | |
| 33. Stock - Chubb Corp. | A | Dividend | | | Sell | 2/28 | J | A | |
| 34. Stock - Constellation Energy | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stock - Entergy Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |
| 36. Stock - FNMA | A | Dividend | J | T | Pt. Sale | 9/20 | J | A | |
| 37. Stock - Travelers Companies | A | Dividend | J | T | Buy | Var. | J | | 6/11, 12/3 |
| 38. Stock - Sprint Nextel Corp. | A | Dividend | J | T | | | | | |
| 39. Stock - Cooper Industries | A | Dividend | | | Sell | Var. | J | A | 3/18, 3/12 |
| 40. Stock - Renaissancere Holdings | A | Dividend | J | T | Pt. Sale | Var. | J | A | 3/15, 5/15 |
| 41. Stock - Citigroup Inc. | A | Dividend | J | T | Buy | 8/1 | J | | |
| 42. Stock - Entergy Corp. | A | Dividend | J | T | Pt. Sale | 9/10 | J | A | |
| 43. Stock - Comcast Corp. | | None | | | Sell | Var. | J | A | 3/12&20,4/16,5/7,6/19, 10/1 |
| 44. Stock - Kroger | | None | J | T | Pt. Sale | Var. | J | A | 5/8, 5/18, 12/10 |
| 45. Stock - Safeway Inc. | A | Dividend | | | Sell | Var. | J | A | 3/15, 12/10 |
| 46. Stock - Pepsico | A | Dividend | | | Sell | Var. | J | A | 8/24, 9/10 |
| 47. Stock - General Electric | A | Dividend | J | T | Pt. Sale | Var. | J | A | 8/6, 10/3 |
| 48. Stock - Flextronics International | | None | J | T | Pt. Sale | 12/10 | J | A | |
| 49. Stock - Sanmina Corp. | | None | J | T | | | | | |
| 50. Stock - BP PLC | A | Dividend | J | T | Buy | 10/16 | J | | |
| 51. Stock - Federal Home Loan Mortgage | A | Dividend | J | T | Buy | 7/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stock - Travelers Companies Inc. | A | Dividend | J | T | Buy | Var. | J | | 6/7, 6/11, 10/18 |
| 53. Stock - Citigroup | A | Dividend | J | T | Pt. Sale | Var. | J | A | 6/1&28,7/16,8/9&23,10/24 |
| 54. Stock - Sprint Nextel Corp. | A | Dividend | J | T | Pt. Sale | 7/16 | J | A | |
| 55. Stock - Comcast Corp. | | None | | | Sell | Var. | J | B | 3/1,12,19,4/16,6/19,10/16 |
| 56. Stock - Pepsico | A | Dividend | | | Sell | 7/16 | J | A | |
| 57. Stock - Cooper Industries | A | Dividend | | | Sell | Var. | J | A | 3/18, 3/12 |
| 58. Stock - General Electric | A | Dividend | J | T | Pt. Sale | Var. | J | A | 1/2,8/6,10/3,12/10 |
| 59. Stock - Flextronics International | | None | J | T | | | | | |
| 60. Stock - Solectron | | None | | | Sell | 10/5 | J | A | |
| 61. Stock - BP PLC | A | Dividend | J | T | Pt. Sale | Var. | J | A | 4/12, 6/20 |
| 62. Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Pt. Sale | 6/5 | J | A | |
| 63. Stock - National City Corp. | A | Dividend | | | Sell | 9/5 | J | A | |
| 64. Stock - Time Warner Inc. | | None | | | Sell | Var. | J | A | 6/28,7/16,8/7,12/10 |
| 65. Stock - Proctor & Gamble Co. | A | Dividend | | | Sell | 5/18 | J | A | |
| 66. Stock - McDonalds Corp. | A | Dividend | | | Sell | Var. | J | B | 5/18,8/30,12/10 |
| 67. Stock - Textron Inc. | A | Dividend | | | Sell | 1/15 | J | A | |
| 68. Stock - Boeing Co. | A | Dividend | | | Sell | Var. | J | B | 1/17,2/14,4/3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stock - Microsoft Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 1/11,12,3/15,8/30,9/25, 12/10 |
| 70. Stock - CSX Corp. | A | Dividend | | | Sell | 1/29 | J | A | |
| 71. Stock - Chevron Corp. | A | Dividend | J | T | Pt. Sale | 10/9 | J | B | |
| 72. Stock - Federal Home Loan Mortgage | A | Dividend | J | T | Pt. Sale | Var. | J | A | 3/15,9/25,12/10 |
| 73. Stock - Goldman Sachs Group | A | Dividend | J | T | Buy | 9/4 | J | | |
| 74. Stock - Amer International Group | A | Dividend | J | T | Pt. Sale | Var. | J | A | 3/15,7/16,11/27,12/6 |
| 75. Stock - Hartford Financial Services | A | Dividend | J | T | | | | | |
| 76. Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 12/10 | J | | |
| 77. Stock - Suntrust Banks Inc. | A | Dividend | | | Sell | 4/19 | J | A | |
| 78. Stock - Time Warner Inc. | A | Dividend | J | T | Pt. Sale | 8/7 | J | A | |
| 79. Stock - Procter & Gamble | A | Dividend | | | Sell | Var. | J | A | 1/12, 5/18 |
| 80. Stock - McDonalds Corp. | A | Dividend | | | Sell | Var. | J | A | 8/14, 5/18, 12/10 |
| 81. Stock - Borg Warner | A | Dividend | J | T | Pt. Sale | 5/18 | J | A | |
| 82. Stock - Office Deport | | None | J | T | | | | | |
| 83. Stock - Target Corp. | A | Dividend | | | Sell | 1/11 | J | A | |
| 84. Stock - Boeing Inc. | A | Dividend | | | Sell | Var. | J | A | 2/14, 4/3, 12/6 |
| 85. Stock - Microsoft Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 8/23, 8/30, 10/3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stock - ChevronTexaco | A | Dividend | J | T | Buy | 6/28 | J | | |
| 87. Stock - Merrill Lynch Co. Inc. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 3/15, 4/2, 12/10 |
| 88. Stock - Interpublic Group of Cos, Inc. | | None | | | Sell | Var. | J | A | 1/4, 3/22 |
| 89. Stock - Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 90. Stock - Safeway Inc. | A | Dividend | | | Sell | 11/27 | J | A | |
| 91. Stock - Toyota Motor Corp. | | None | | | Sell | 2/27 | J | A | |
| 92. Stock - Office Depot Inc. | | None | | | Sell | 12/10 | J | A | |
| 93. Stock - Northrup Corp. | A | Dividend | J | T | Pt. Sale | 4/27 | J | A | |
| 94. Stock - Electronic Data Systems Corp. | A | Dividend | | | Sell | 3/15 | J | A | |
| 95. Stock - Exxon Mobil Corp. | A | Dividend | J | T | Buy | Var. | J | | 3/19, 3/21 |
| 96. Stock - Merrill Lynch & Co. Inc. | A | Dividend | J | T | Pt. Sale | 4/2 | J | A | |
| 97. Stock - Genworth Financial Inc. | A | Dividend | J | T | | | | | |
| 98. Stock - Interpublic Group of Cos Inc. | | None | | | Sell | 1/12 | J | A | |
| 99. Stock - Merck & Co. Inc. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 6/4, 5/25, 12/10 |
| 100. Stock - Clorox Company | A | Dividend | J | T | Pt. Sale | Var. | J | A | 6/12, 6/28, 12/10 |
| 101. Stock - Northrop Corp. | A | Dividend | J | T | Buy | Var. | J | | 1/16, 6/29, 12/4 |
| 102. Stock - Electronic Data Systems Corp. | A | Dividend | | | Sell | 3/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Stock - CSX Corp. (X) | A | Dividend | | | Sell | 1/29 | J | A | |
| 104. Stock - Norfolk Southern Corp. (X) | A | Dividend | | | Sell | 1/3 | J | A | |
| 105. Stock - Exxon Mobil Corp. | A | Dividend | J | T | Pt. Sale | 7.16 | J | A | |
| 106. Stock - XL Capital | A | Dividend | J | T | Pt. Sale | 7/16 | J | A | |
| 107. Stock - Goldman Sachs Group | A | Dividend | J | T | Pt. Sale | Var. | J | A | 10/18, 12/10 |
| 108. Stock - Genworth Financial | A | Dividend | J | T | | | | | |
| 109. Stock - Amer International Group | A | Dividend | J | T | Pt. Sale | 5/15 | J | A | |
| 110. Stock - AT&T Inc. | A | Dividend | J | T | Pt. Sale | Var. | J | B | 3/16, 5/2, 5/18 |
| 111. Stock - Verizon Communications | A | Dividend | J | T | Pt. Sale | 3/16 | J | A | |
| 112. Stock - CBS Corp. | A | Dividend | J | T | Pt. Sale | 10/26 | J | A | |
| 113. Stock - Merck & Co. | A | Dividend | J | T | Buy | Var. | J | | 3/14, 3/23 |
| 114. Stock - Pfizer Inc. | A | Dividend | J | T | Buy | Var. | J | | 5/11, 5/18, 6/6 |
| 115. Stock - Kellogg co. | A | Dividend | | | Sell | 6/11 | J | A | |
| 116. Stock - Sara Lee Corp. | | None | J | T | Pt. Sale | 12/10 | J | A | |
| 117. Stock - Coca Cola | | None | | | Sell | 1/12 | J | A | |
| 118. Stock - DaimlerChrysler | A | Dividend | | | Sell | 5/21 | J | A | |
| 119. Stock - Cisco Systems | | None | | | Sell | 3/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Stock - XL Capital | A | Dividend | J | T | | | | | |
| 121.  Stock - MBIA Inc. | A | Dividend | J | T | Buy | 1/5 | J | | |
| 122.  Stock - AT&T Inc. | A | Dividend | J | T | Buy | Var. | J | | 8/28,9/28,10/2,18&29 |
| 123.  Stock - Crown Castle Intl Corp. | | None | | | Sell | Var. | J | A | 1/11, 6/28, 1/31 |
| 124.  Stock - Verizon Communication | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |
| 125.  Stock - Allegheny Energy Inc. | | None | | | Sell | 10/1 | J | A | |
| 126.  Stock - CBS Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 5/8, 7/16, 10/26, 12/10 |
| 127.  Stock - Pfizer Inc. | A | Dividend | J | T | Buy | Var. | J | | 5/15, 5/17, 7/13, 8/9 |
| 128.  Stock - Amerisourcebergen Corp. | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 129.  Stock - Kellogg Co. | A | Dividend | | | Sell | 6/8 | J | A | |
| 130.  Stock - Sara Lee Corp. | | None | J | T | | | | | |
| 131.  Stock - Black & Decker Corp. | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 132.  Stock - Daimlerchrysler | A | Dividend | | | Sell | Var. | J | A | 4/25, 6/11 |
| 133.  Stock - Limited Inc. | A | Dividend | | | Sell | 8/20 | J | A | |
| 134.  Stock - Arcelor Mittal | A | Dividend | J | T | Buy | Var. | J | | 3/12, 3/22, 5/21 |
| 135.  Stock - Ingersoll Rand Co. | A | Dividend | J | T | Buy | 3/1 | J | | |
| 136.  Stock - SPX Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 5/17, 8/14 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Stock - Eaton Corp. | A | Dividend | J | T | | | | | |
| 138. Stock - Cisco Systems | | None | | | Sell | 3/20 | J | A | |
| 139. Stock - Nokia Corp. | A | Dividend | J | T | Buy | 1/18 | J | | |
| 140. Stock - Intl Business Machines | A | Dividend | | | Pt. Sale | 12/10 | J | A | |
| 141. Stock - Countrywide | A | Dividend | | | Buy | Var. | J | | 1/9,4/9,5/14,5/21,7/25 |
| 142. Stock - Countrywide | A | Dividend | | | Sell | 8/23 | J | A | |
| 143. Stock - Goldman Sachs | A | Dividend | J | T | Pt. Sale | Var. | J | B | 3/12, 10/18 |
| 144. Stock - Washington Mutual | A | Dividend | | | Buy | 6/6 | J | | |
| 145. Stock - Washington Mutual | A | Dividend | | | Sell | 10/26 | J | A | |
| 146. Stock - Kraft Foods | A | Dividend | | | Buy | Var. | J | | 4/23, 4/25 |
| 147. Stock - Kraft Foods | A | Dividend | | | Sell | Var. | J | A | 8/27, 9/10, 9/25 |
| 148. Stock - Nokia Corp | A | Dividend | J | T | Pt. Sale | Var. | J | A | 4/20, 8/14, 8/21 |
| 149. Stock - Marathon Oil | A | Dividend | J | T | Buy | Var. | J | | 5/18,29,6/25,8/9,16,22 |
| 150. Stock - Marathon Oil | A | Dividend | J | T | Pt. Sale | Var. | J | A | 9/25, 12/26 |
| 151. Stock - KB Home | A | Dividend | J | T | Buy | Var. | J | | 4/30, 8/1 |
| 152. Stock - Allstate Corp. | | None | J | T | Buy | Var. | J | | 9/4, 9/12, 9/28, 11/26 |
| 153. Stock - Deutsche Bank | A | Dividend | J | T | Buy | Var. | J | | 8/23, 11/26 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Stock - Fidelity National | A | Dividend | J | T | Buy | 4/24 | J | | |
| 155. Stock - Morgan Stanley | A | Dividend | J | T | Buy | Var. | J | | 8/9,8/30,9/20,10/3,10/8 |
| 156. Stock - Constellation Energy | A | Dividend | J | T | Buy | Var. | J | | 9/7, 9/12, 12/5 |
| 157. Stock - Vodafone Group | A | Dividend | J | T | Buy | Var. | J | | 5/10, 5/25, 6/20, 9/26 |
| 158. Stock - McKesson Corp. | A | Dividend | J | T | Buy | Var. | J | | 1/22, 5/21, 6/26 |
| 159. Stock - Autoliv Inc. | A | Dividend | J | T | Buy | 3/19 | J | | |
| 160. Stock - General Motors | A | Dividend | J | T | Buy | Var. | J | | 9/28, 10/12, 11/7, 11/27 |
| 161. Stock - Macy's Inc. | A | Dividend | J | T | Buy | Var. | J | | 2/23, 3/2, 4/30, 5/10, 6/4 |
| 162. Stock - Supervalue | A | Dividend | J | T | Buy | 11/12 | J | | |
| 163. Stock - VF Corp. | A | Dividend | J | T | Buy | 3/8 | J | | |
| 164. Stock - Alcoa Inc. | | None | J | T | Buy | 12/21 | J | | |
| 165. Stock - Dow Chemical | A | Dividend | J | T | Buy | Var. | J | | 3/14,6/11,9/7,3/30,12/10 |
| 166. Stock - Caterpillar Inc. | A | Dividend | J | T | Buy | Var. | J | | 10/4, 10/26, 12/26 |
| 167. Stock - Parker-Hannifin | A | Dividend | J | T | Buy | 7/19 | J | | |
| 168. Stock - Terex Corp. | | None | J | T | Buy | 10/22 | J | | |
| 169. Stock - Tyco Intl | A | Dividend | J | T | Buy | Var. | J | | 1/23, 1/25, 4/9, 5/17 |
| 170. Stock - Royal Dutch | A | Dividend | J | T | Buy | Var. | J | | 8/20,8/24,10/29,11/14 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Stock - KB Home | A | Dividend | J | T | Buy | 4/30 | J | | |
| 172. Stock - Allstate Corp. | | None | J | T | Buy | Var. | J | | 9/12, 9/28, 12/4 |
| 173. Stock - Countrywide | A | Dividend | | | Buy | Var. | J | | 4/7, 4/9, 5/14, 5/21 |
| 174. Stock - Countrywide | A | Dividend | | | Sell | 8/23 | J | A | |
| 175. Stock - Deutsche Bank | | None | J | T | Buy | 8/20 | J | | |
| 176. Stock - Fidelity | A | Dividend | J | T | Buy | 4/24 | J | | |
| 177. Stock - Washington Mutual | A | Dividend | | | Buy | 6/21 | J | | |
| 178. Stock - American Electric | A | Dividend | J | T | Buy | 7/11 | J | | |
| 179. Stock - AT&T Inc. | A | Dividend | J | T | Buy | Var. | J | | 8/29,9/12,9/28,10/30,12/3 |
| 180. Stock - AT&T Inc. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 12/10 5/18 |
| 181. Stock - Vodafone Group | A | Dividend | J | T | Buy | Var. | J | | 5/29, 7/3, 9/26 |
| 182. Stock - Vodafone Group | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 183. Stock - McKesson Corp. | A | Dividend | J | T | Buy | Var. | J | | 6/4, 6/7, 6/26, 7/5 |
| 184. Stock - McKesson Corp. | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 185. Stock - Pfizer Inc. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |
| 186. Stock - Kraft Foods | A | Dividend | | | Buy | Var. | J | | 5/10, 5/17, 5/21 |
| 187. Stock - Kraft Foods | A | Dividend | | | Sell | Var. | J | A | 8/17, 9/10, 9/25 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Stock - Autoliv Inc. | A | Dividend | | | Buy | 5/21 | J | | |
| 189. Stock - Autoliv Inc. | A | Dividend | | | Sell | 12/10 | J | A | |
| 190. Stock - General Motors | A | Dividend | J | T | Buy | Var. | J | | 10/12, 11/27 |
| 191. Stock - Macy's Inc. | A | Dividend | J | T | Buy | Var. | J | | 3/1,4/30,5/18, 6/15, 9/10 |
| 192. Stock - Macy's Inc. | A | Dividend | J | T | Pt. Sale | 7/16 | J | A | |
| 193. Stock - Supervalu Inc. | A | Dividend | J | T | Buy | 12/10 | J | | |
| 194. Stock - VF Corp. | A | Dividend | | | Buy | 3/8 | J | | |
| 195. Stock - VF Corp. | A | Dividend | | | Sell | 12/10 | J | A | |
| 196. Stock - Arcelormittal | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |
| 197. Stock - Dow Chemical | A | Dividend | J | T | Buy | Var. | J | | 3/30, 6/11, 12/10 |
| 198. Stock - Caterpillar | A | Dividend | J | T | Buy | 10/30 | J | | |
| 199. Stock - Caterpillar | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 200. Stock - Ingersoll-Rand | A | Dividend | J | T | Pt. Sale | 7/16 | J | A | |
| 201. Stock - Northrop Grumman | A | Dividend | J | T | Buy | 6/29 | J | | |
| 202. Stock - Northrop Grumman | A | Dividend | J | T | Pt. Sale | 4/27 | J | A | |
| 203. Stock - Parker-Hannifin | A | Dividend | J | T | Buy | 8/6 | J | | |
| 204. Stock - Terex Corp. | A | Dividend | J | T | Buy | Var. | J | | 10/22, 11/2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Stock - Tyco Intl | A | Dividend | J | T | Buy | Var. | J | | 3/1, 3/12, 4/30, 5/21 |
| 206. Stock - Tyco Intl | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 207. Stock - Flextronics Intl | | None | J | T | Buy | 10/9 | J | | |
| 208. Stock - IBM | A | Dividend | J | T | Buy | 8/27 | J | | |
| 209. Stock - Nokia Corp. | A | Dividend | J | T | Buy | 2/21 | J | | |
| 210. Stock - Nokia Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 4/20, 7/16, 8/21 |
| 211. Stock - BP - PLC | A | Dividend | J | T | Buy | Var. | J | | 10/16, 10/19 |
| 212. Stock - BP - PLC | A | Dividend | J | T | Pt. Sale | Var. | J | A | 12/10,5/25,6/20, 7/16 |
| 213. Stock - Chevron Corp. | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 10/9 |
| 214. Stock - Chevron Corp. | A | Dividend | J | T | Buy | Var. | J | | 3/27, 6/28 |
| 215. Stock - ConocoPhillips | A | Dividend | J | T | Buy | Var. | J | | 1/9,8/20,8/24,8/27, 9/24 |
| 216. Stock - ConocoPhillips | A | Dividend | J | T | Pt. Sale | Var. | J | A | 6/25, 7/16, 12/10 |
| 217. Stock - Exxon Mobil | A | Dividend | J | T | Buy | 5/21 | J | | |
| 218. Stock - Exxon Mobil | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |
| 219. Stock - Marathon Oil | A | Dividend | J | T | Buy | Var. | J | | 5/21, 5/29, 8/13, 8/16 |
| 220. Stock - Marathon Oil | A | Dividend | J | T | Pt. Sale | Var. | J | A | 11/7, 12/10 |
| 221. Stock - Royal Dutch Shell | A | Dividend | J | T | Buy | 8/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Stock - Travelers | A | Dividend | J | T | Pt. Sale | Var. | J | A | 7/16, 12/10 |
| 223. Stock - JP Morgan | A | Dividend | J | T | Pt. Sale | Var. | J | A | 3/15, 6/5, 7/16 |
| 224. Stock - Owens Illinois X | A | Dividend | | | Sell | 5/16 | J | A | |
| 225. Stock - Amerisource Bergen Corp. | A | Dividend | J | T | Buy | 12/3 | J | | |
| 226. Stock - Covidien LTD | A | Dividend | J | T | Pt. Sale | 12/10 | J | A | |
| 227. Stock - Pharmerica Corp. X | A | Dividend | | | Sell | 10/11 | J | A | |
| 228. Stock - Idearc Inc. X | A | Dividend | | | Sell | 1/12 | J | A | |
| 229. Bernstein Diversified Municiple Portfolio | B | Dividend | L | T | Buy | Var. | J | | Monthly |
| 230. Stock - National City Corp. | A | Dividend | | | Sell | Var. | J | A | 8/1, 8/15 |
| 231. Stock - Covidien LTD | A | Dividend | J | T | Buy | 3/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 06/9/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions. ████████ U.S.A., is a Subchapter S Corporation wholly-owned and operated by ████████ The company publishes and distributes educational picture cards.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544